AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Raymundo Gonzalez and Jovanny Garcia, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Artfarm Food Inc. d/b/a Manuela, Iwan Wirth and Manuela Wirth <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 25-cv-9726 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
        Iwan Wirth
        130 Prince Street
        New York, N.Y. 10012

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        William Brown, Esq.
        Brown Kwon & Lam, LLP
        521 5th Avenue, 17th Floor
        New York, New York 10175

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: November 24, 2025

/S/  S. James
*Signature of Clerk or Deputy Clerk*

